UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

SECOND DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JASON TROY LARSEN and
NICOLE LARSEN,

            Plaintiffs,

vs.

SECURA INSURANCE,

            Defendant.

Court File No. 06-CV-2224 PAM/JSM

<u>ORDER FOR DISMISSAL</u>

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IT IS ORDERED that judgment be entered in accordance with the Stipulation of Dismissal With Prejudice, electronically filed as document #17 in this matter.

Dated this __9th__ day of __May__, 2007

BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court